RECEIVED
IN MONROE, LA

APR 15 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-30019-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN R. REGESTER II | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, including Defendant's "Traverse Reply to Government's Response," finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to vacate, set aside, or correct sentence [Doc. No. 89] is hereby **DENIED**.

THUS DONE AND SIGNED this 15 day of April, 2008, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE