RECEIVED
IN MONROE, LA

MAY 1 2 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 3:05CR30019-01 |
|---|---|
| VERSUS | JUDGE JAMES |
| JOHN R. REGESTER, II | MAGISTRATE JUDGE HAYES |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓     The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___     The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _Monroe_, Louisiana, this _12_ Day of _May_, 2008.

Robert G. James
UNITED STATES DISTRICT JUDGE